# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　　　　　PLAINTIFF,<br>v.<br>JOEL MARTIN EVANS,<br>　aka "joeleoli,"<br>　　　　　　　DEFENDANT(S) | CASE NUMBER:<br>2:24-CR-00595-JWH　　4<br><br>WARRANT FOR ARREST |
|---|---|

To:　UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest JOEL MARTIN EVANS, aka "joeleoli," and bring him forthwith to the nearest Magistrate Judge to answer an Indictment charging him with violation of Title 18, United States Code, Section 1349 (Conspiracy to Commit Wire Fraud); Title 18, United States Code, Section 371 (Conspiracy); and Title 18, United States Code, Section 1028A (Aggravated Identity Theft).

---

Brian Karth
NAME OF ISSUING OFFICER

Clerk of Court
TITLE OF ISSUING OFFICER

_Karina Torens-Carrillo_
SIGNATURE OF DEPUTY CLERK

October 8, 2024　　　Los Angeles, CA
DATE AND LOCATION OF ISSUANCE

By:　ALKA SAGAR
NAME OF JUDICIAL OFFICER

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

DATE RECEIVED

DATE OF ARREST

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

NAME OF ARRESTING OFFICER

TITLE

SIGNATURE OF ARRESTING OFFICER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. JOEL MARTIN EVANS, aka "joeleoli," DEFENDANT(S) | CASE NUMBER: 2:24-CR-00595-JWH  4 <br><br> **WARRANT FOR ARREST** |
|---|---|

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| | | | | | | |

| YEAR OF BIRTH: 1999 | PLACE OF BIRTH: | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE |
|---|---|---|---|---|

| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: |
|---|---|

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |
|---|---|---|---|---|---|

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|

**FBI NUMBER:**

**ADDITIONAL INFORMATION:**

| INVESTIGATIVE AGENCY NAME: **FBI** | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES: